154

**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Kelvin Alexandra Alas MELGAR, aka
Pain, Defendant—Appellant.**

**No. 08–50231.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 14, 2009.*

Filed July 22, 2009.

Scott M. Garringer, Assistant U.S., Michael J. Raphael, Esquire, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Arthur Henry Weed, Esquire, Santa Barbara, CA, for Defendant–Appellant.

Before: SCHROEDER, THOMAS, and WARDLAW, Circuit Judges.

MEMORANDUM **

Kelvin Alexandra Alas Melgar appeals from the 120–month sentence imposed following his guilty-plea conviction for distribution of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(viii), and 846. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Melgar contends that the district court erred by failing to explain why it imposed a condition of supervised release that prohibited him from associating with known gang members. Melgar also contends that there is nothing in the record demonstrating that he was a gang member. The district court was not required to articulate the reasons for imposing the anti-association condition. *See United States v. Ross,* 476 F.3d 719, 721–22 (9th Cir.2007). Additionally, there was sufficient evidence of Melgar's gang membership in the record. *See United States v. Marin–Cuevas,* 147 F.3d 889, 895 (9th Cir.1998).

**AFFIRMED.**

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

